Fill in this information to identify the case:

United States Bankruptcy Court for the:
**District of Puerto Rico**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | **OMEGA INVESTIGATION SERVICES, CORP.** | |
| 2. All other names debtor used in the last 8 years. Include any assumed names, trade names, and *doing business as* names | | |
| 3. Debtor's federal Employer Identification Number (EIN) | 6 6 – 0 8 2 2 0 5 3 | |
| 4. Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | 406 AVE. ANDALUCIA<br>Number    Street | PO Box 367185<br>Number    Street |
| | San Juan, PR 00920<br>City        State      ZIP Code | San Juan, PR 00936-7185<br>City        State      ZIP Code |
| | San Juan<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number    Street<br><br>City        State      ZIP Code |
| 5. Debtor's website (URL) | | |
| 6. Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor      **OMEGA INVESTIGATION SERVICES, CORP.**                                    Case number *(if known)*
                   Name

| 7. Describe debtor's business | A. *Check one:* |
|---|---|
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. §101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. §781(3)) |
| | ☑ None of the above |
| | |
| | B. *Check all that apply:* |
| | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | |
| | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |

| 8. Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|
| | ☐ Chapter 7 |
| | ☐ Chapter 9 |
| | ☑ Chapter 11. *Check all that apply:* |
| | ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that). |
| | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. |
| | ☐ A plan is being filed with this petition. |
| | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ☐ Chapter 12 |

| 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years? If more than 2 cases, attach a separate list. | ☑ No |
|---|---|
| | ☐ Yes.  District _____  When _____  Case number _____ |
| | MM / DD / YYYY |
| | District _____  When _____  Case number _____ |
| | MM / DD / YYYY |

| 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? List all cases. If more than 1, attach a separate list. | ☑ No |
|---|---|
| | ☐ Yes.  Debtor _____  Relationship _____ |
| | District _____  When _____ |
| | MM / DD / YYYY |
| | Case number, if known _____ |

Debtor **OMEGA INVESTIGATION SERVICES, CORP.**     Case number *(if known)* _____
    Name

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* <br> ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No <br> ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br> **Why does the property need immediate attention?** *(Check all that apply.)* <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>     What is the hazard? _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br> **Where is the property?** _____ <br>     Number    Street <br> _____    ___    _____ <br> City              State    ZIP Code <br> **Is the property insured?** <br> ☐ No <br> ☐ Yes.    Insurance agency _____ <br>            Contact name _____ <br>            Phone _____ | |

### Statistical and administrative information

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* <br> ☐ Funds will be available for distribution to unsecured creditors. <br> ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 50-99 <br> ☐ 100-199    ☐ 200-999 | ☐ 1,000-5,000    ☐ 5,001-10,000 <br> ☐ 10,001-25,000 | ☐ 25,001-50,000    ☐ 50,000-100,000 <br> ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☑ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☐ $1,000,001-$10 million <br> ☐ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |

Debtor __OMEGA INVESTIGATION SERVICES, CORP.__  Case number *(if known)* _____
      Name

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/15/2025__
MM/ DD/ YYYY

X __/s/ LUIS J. CRESPO__          __LUIS J. CRESPO__
Signature of authorized representative of debtor       Printed name

Title __PRESIDENT__

**18. Signature of attorney**

X __/s/ Alexis Fuentes-Hernandez__     Date __08/15/2025__
Signature of attorney for debtor              MM/ DD/ YYYY

__Alexis Fuentes-Hernandez__
Printed name

__Fuentes Law Offices, LLC__
Firm name

__P.O. Box 9022726__
Number    Street

__San Juan__          __PR__     __00902-2726__
City              State    ZIP Code

__(787) 722-5215__        __fuenteslaw@icloud.com__
Contact phone          Email address

__217201__            __PR__
Bar number           State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

Fill in this information to identify the case:

Debtor name: **OMEGA INVESTIGATION SERVICES, CORP.**

United States Bankruptcy Court for the: **District of Puerto Rico**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders        12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | US SMALL BUSINESS ADMINISTRATION  PO Box 3918  Portland, OR 97208-3918 | | LOAN | | | | $183,660.00 |
| 2 | INTERNAL REVENUE SERVICE  P.O. BOX 7346  PHILADELPHIA, PA 19101-7346 | | | | | | $143,848.42 |
| 3 | TREASURY DEPARTMENT OF PUERTO RICO  P.O. BOX 9022501  SAN JUAN, PR 00902-2501 | | | | | | $118,022.88 |
| 4 | MUNICIPALITY OF SAN JUAN  P.O. BOX 70179  San Juan, PR 00936 | | | | | | $88,271.08 |
| 5 | FIRSTBANK PUERTO RICO  P.O. BOX 9146  San Juan, PR 00908 | | LOAN | | | | $41,521.48 |
| 6 | LUIS J. CRESPO BRACERO  PO Box 843  Ensenada, PR 00647 | | LOAN | | | | $27,100.00 |
| 7 | PROGRESSIVE FINANCE, CORP.  P.O. BOX 42004  San Juan, PR 00940 | | INSURANCE FINANCING | | | | $24,959.90 |
| 8 | PR DEPARTMENT OF LABOR  P.O. BOX 195540  SAN JUAN, PR 00918-5540 | | | | | | $19,681.65 |

Official Form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          page 1

Debtor  **OMEGA INVESTIGATION SERVICES, CORP.**  Case number *(if known)* _____
        Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | S.R. SECURITY SYSTEMS, LLC<br>PO Box 51642<br>Toa Baja, PR 00950 | | | | | | $19,584.00 |
| 10 | US DEPARTMENT OF LABOR/WAGE<br>1835 MARKET ST.<br>Philadelphia, PA 19103-2968 | | PAST SALARIES OWED | | | | $17,093.06 |
| 11 | FONDO DEL SEGURO DEL ESTADO<br>OFICINA REGIONAL SJ<br>PO BOX 42006<br>SAN JUAN, PR 00940-2006 | | | | | | $12,803.99 |
| 12 | ALLIED CAR & TRUCK RENTAL<br>PO Box 38092<br>San Juan, PR 00937-1092 | | LEASING OF VEHICLES | | | | $10,133.26 |
| 13 | B2B FACTORING INVESTMENTS, LLC<br>954 PONCE DE LEON AVE. SUITE 601<br>San Juan, PR 00907 | | SALE OF RECEIVABLES | | | | $5,002.08 |
| 14 | COMPLETE PAYMENT RECOVERY SERVICES, INC.<br>PO Box 30184<br>Tampa, FL 33630-3184 | | COLLECTION LETTER | | | | $1,115.65 |
| 15 | LUMA ENERGY<br>P.O. BOX 363508<br>SAN JUAN, PR 00936 | | UTILIES | | | | $723.00 |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204      **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**      page 2

Fill in this information to identify the case:

Debtor name: **OMEGA INVESTIGATION SERVICES, CORP.**

United States Bankruptcy Court for the: **District of Puerto Rico**

Case number (if known): _____　Chapter **11**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals 12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**
    Copy line 88 from *Schedule A/B*.................................................................................................................. **$0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................................. **$108,300.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................................. **$108,300.00**

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. **$0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................................... **$382,628.02**

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................... **+ $330,892.43**

4. **Total liabilities**.................................................................................................................................................. **$713,520.45**
    Lines 2 + 3a + 3b

Official Form 206Sum　　　Summary of Assets and Liabilities for Non-Individuals　　　page 1

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Puerto Rico

**In re**　　OMEGA INVESTIGATION SERVICES, CORP.

Case No. _____

**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　Chapter　　**11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    **NO LOOK FEE**

    For legal services, I have agreed to accept ............................................................................ _____

    Prior to the filing of this statement I have received ................................................................. _____

    Balance Due ............................................................................................................................ _____

    **RETAINER**

    For legal services, I have agreed to accept and received a retainer of .................................... **$10,000.00**

    The undersigned shall bill against the retainer at an hourly rate of ........................................ **$250.00**
    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. \_\_\_\_\_**$0.00**\_\_\_\_\_ of the filing fee has been paid.

3. The source of the compensation paid to me was:

    　　Debtor　　　　　Other (specify)

4. The source of compensation to be paid to me is:

    　　Debtor　　　　　Other (specify)

5. 　　I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    　　I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

Page 1 of 2

B2030 (Form 2030) (12/15)

      b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

      c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**08/15/2025**         **/s/ Alexis Fuentes-Hernandez**
*Date*        Alexis Fuentes-Hernandez
       *Signature of Attorney*

       Bar Number: 217201
       Fuentes Law Offices, LLC
       P.O. Box 9022726
       San Juan, PR 00902-2726
       Phone: (787) 722-5215

       **Fuentes Law Offices, LLC**
       *Name of law firm*

---

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO
HATO REY DIVISION

IN RE: **OMEGA INVESTIGATION SERVICES, CORP.**

CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date **08/15/2025**   Signature **/s/ LUIS J. CRESPO**
LUIS J. CRESPO, PRESIDENT

**ALLIED CAR & TRUCK RENTAL**

PO Box 38092
San Juan, PR 00937-1092

**B2B FACTORING INVESTMENTS, LLC**

954 PONCE DE LEON AVE. SUITE 601
San Juan, PR 00907

**COMPLETE PAYMENT RECOVERY SERVICES, INC.**

PO Box 30184
Tampa, FL 33630-3184

**CRIM**

PO BOX 195378
SAN JUAN, PR 00919-5387

**FIRSTBANK PUERTO RICO**

P.O. BOX 9146
San Juan, PR 00908

**FONDO DEL SEGURO DEL ESTADO**

OFICINA REGIONAL SJ
PO BOX 42006
SAN JUAN, PR 00940-2006

**INTERNAL REVENUE SERVICE**

P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

**LUIS J. CRESPO BRACERO**

PO Box 843
Ensenada, PR 00647

**LUMA ENERGY**
P.O. BOX 363508
SAN JUAN, PR 00936

**MUNICIPALITY OF SAN JUAN**
P.O. BOX 70179
San Juan, PR 00936

**PR DEPARTMENT OF LABOR**
P.O. BOX 195540
SAN JUAN, PR 00918-5540

**PROGRESSIVE FINANCE, CORP.**
P.O. BOX 42004
San Juan, PR 00940

**S.R. SECURITY SYSTEMS, LLC**
PO Box 51642
Toa Baja, PR 00950

**TREASURY DEPARTMENT OF PUERTO RICO**
P.O. BOX 9022501
SAN JUAN, PR 00902-2501

**US DEPARTMENT OF LABOR/WAGE**
1835 MARKET ST.
Philadelphia, PA 19103-2968

**US SMALL BUSINESS ADMINISTRATION**
PO Box 3918
Portland, OR 97208-3918